UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: JUSTO REYES TORRES and LOURDES MILAGROS COLON REXACH
**Case Number**: 08-04552-ESL13                    **Chapter**: 13
**Date / Time / Room**: 6/12/2013 2:00 PM osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: DENNIS RODRIGUEZ
**Reporter / ECR**: VIANCA ARROYO

### Matter:
Doc# 57 Trustees motion to dismiss
Doc# 62 Debtor's reply
Doc# 64 Post confirmation modification of plan dated 2/19/2013
Doc# 72 Trustees unfavorable recommendation

### Appearances:
JOSE RAMON CARRION MORALES    *N. [illegible]*
VICTOR GRATACOS DIAZ    *Jaim Maldonado*

### Proceedings:

ORDER:

___ (Amended) plan dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Debtor's motion for post confirmation modification of plan dated _____; pursuant to §1329, [Docket No. ____], is hereby _____ granted _____ denied.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees: $3,000.00; Other: _____

*For the reasons stated in open court, the trustee's motion to dismiss (dkt. #57) is hereby granted. The case is dismissed.*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge