IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUSTO REYES TORRES

LOURDES MILAGROS COLON REXACH

XXX-XX-6130

XXX-XX-4318

Debtor(s)

CASE NO. 08-04552 ESL

Chapter 13

**FILED & ENTERED ON 08/29/2013**

## ORDER AND NOTICE

A hearing is hereby scheduled for **11/06/2013** at **02:00 P.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1-Debtors' motion for reconsideration of dismissal (#79);

2-Post confirmation modification of plan dated 6.24.2013 (#81);

3-Trustee's unfavorable recommendation (#82);

4-Debtors' motion submitting evidence of payment (#85;

5-Debtor's reply to unfavorable recommendation & answer in compliance with order at docket #83 (dockets 86 & 87).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 29 day of August, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors